PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 1 8 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

| | | | |
|---|---|---|---|
| U.S.A. vs. | Eddie David Zamarripa | Docket No. | 2:10CR02025-001 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW James A. Moon, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Eddie David Zamarripa who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, Washington, on the 14th day of May 2010, under the following conditions:

**Condition #28**: Defendant shall participate in GPS. monitoring and home detention.

**Condition #20**: Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1**: Eddie David Zamarripa is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by being away from his residence without prior permission on October 8, 2010, from 5:07 a.m. to 6:33 a.m.

**Violation #2**: Eddie David Zamarripa is alleged to be in violation of his conditions for pretrial supervision in the Eastern District of Washington by having used marijuana on or before October 13, 2010.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on:   10/15/2010

by   s/James A. Moon

James A. Moon
U.S. Probation Officer

PS-8
**Re: Eddie David Zamarripa**
**October 14, 2010**
**Page 2**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

_James P. Hutton_
Signature of Judicial Officer

_10/18/10_
Date