PROB 12B
(7/93)

Report Date: April 26, 2013

# United States District Court

for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender:  Eddie David Zamarripa | Case Number:  2:10CR02025-001 |

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence:  11/4/2010 | Type of Supervision:  Supervised Release |
| Original Offense: Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922G.F | Date Supervision Commenced:  3/28/2013 |
| Original Sentence:  Prison - 36 Months<br>                    TSR - 36 Months | Date Supervision Expires:  3/27/2016 |

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

## CAUSE

On April 18, 2013, Eddie Zamarripa self disclosed that he violated his conditions of supervised release by consuming marijuana, contrary to standard condition #7.

The offender was immediately summoned to the U.S. Probation Office to address the reported non-compliance. The offender signed an admission of drug use form and admitted consuming marijuana on or about April 11 and 14, 2013. The offender sited various excuses for reverting to the use of illicit drugs.

**U.S. Probation Officer Action:**

As an intermediate sanction, Eddie Zamarripa was directed to abstain from the use of controlled substances, and excessive use of alcohol, for the remainder of supervision. It is noted that the offender sited alcohol use as a primary factor in his past transgressions. Consequently, Eddie Zamarripa was asked if he would wave his right to a hearing and agree to a modification of conditions as described above. As indicated by the enclosed waver of hearing to modify conditions of supervised release form, Mr. Zamarripa has agreed to the proposed modification.

The frequency of urinalysis testing will continue to occur randomly. The offender was also directed to participate in a substance abuse evaluation and follow all treatment recommendations. The undersigned officer discussed this matter with the chemical dependency counselor and confirmed the offender will begin counseling at once.

Prob 12B
**Re:  Zamarripa, Eddie David**
**April 26, 2013**
**Page 2**

It is hoped that the intermediate sanction imposed meets with the expectations of the Court.  Please advise should Your Honor require a different course of action or a court appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/26/2013

s/Tommy Rosser

Tommy Rosser
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x]   The Modification of Conditions as Noted Above
[ ]   Other

s/ Fred Van Sickle

Signature of Judicial Officer

5/6/13

Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

19   You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

Witness: _____   Signed: X _____
Tommy Rosser                                    Eddie David Zamarripa
U.S. Probation Officer                          Probationer or Supervised Releasee

April 18, 2013
Date